UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| DWAYNE JAMAE JACKSON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | Case No. CV414-141 |
| WARDEN PHILIP HALL, | ) | |
| Respondent. | ) | |

## REPORT AND RECOMMENDATION

In that petitioner Dwayne Jamae Jackson has failed to comply with the Court's direction to pay the $5 filing fee, doc. 3, his 28 U.S.C. § 2254 petition should be **DISMISSED WITHOUT PREJUDICE**. Doc. 1.

**SO REPORTED AND RECOMMENDED** this __29th__ day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA