AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Dwayne Jamae Jackson,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-141,

Warden Philip Hall,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated 9/25/14, adopting the Magistrate Judge's Report and Recommendation, judgment hereby entered denying the 2254 petition.

9/26/14
Date

Scott Poff
Clerk



(By) Deputy

GAS Rev 10/1/03